1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

ALLIXZANDER DEVELL HARRIS,

Petitioner,

v.

JEFFREY A. UTTECHT,

Respondent.

CASE NO. 3:20-CV-5504-BHS-DWC

ORDER SUBSTITUTING
RESPONDENT

15

16

17

18

19

20

21

22

23

24

Petitioner Allixzander Devell Harris, who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Dkt. 4. In his Petition, Petitioner named the Superior Court of Kitsap County as Respondent. *See id.* The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is currently confined at the Coyote Ridge Corrections Center ("CRCC") in Connell, Washington. The Superintendent of CRCC is Jeffrey A. Uttecht.

1    Accordingly, the Clerk of Court is directed to substitute Jeffrey A. Uttecht as the

2    Respondent in this action. The Clerk of Court is also directed to update the case title.

3    Dated this 25th day of June, 2020.

4

5    _____
     David W. Christel
6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER SUBSTITUTING RESPONDENT - 2