UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLIXZANDER DEVELL HARRIS,

    Petitioner,

 v.

JEFFREY A. UTTECHT,

    Respondent.

CASE NO. C20-5504 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 4, is **DENIED** and **DISMISSED with prejudice**;

\\

\\

\\

ORDER - 1

(3) A certificate of appealability is **DENIED**;

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel; and

(4) This case is closed.

Dated this 17th day of May, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge